UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CAUSE NO. 3:12-CR-91 RM |
| | ) | |
| JOSEPH GIBBS (07) | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on November 19, 2012. Accordingly, the court ADOPTS those findings and recommendations [docket # 209], ACCEPTS defendant Joseph Gibbs' plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 21 U.S.C. § 846 and 18 U.S.C. § 2.

SO ORDERED.

ENTERED:   December 12, 2012

　　　　　　　　　　　　　　　　　　  /s/ Robert L. Miller, Jr.
　　　　　　　　　　　　　　　　　　Judge, United States District Court
　　　　　　　　　　　　　　　　　　Northern District of Indiana